# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>Murphy, Harold L. | 2. Court or Organization<br><br>Northern District of Georgia | 3. Date of Report<br><br>4-20-06 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>United States District Judge-Active | 5a. Report Type (check appropriate type)<br><br>___ Nomination, Date _____<br><br>___ Initial __X__ Annual ___ Final<br><br>5b. ___ Amended Report | 6. Reporting Period<br><br>01/01/05 to 12/31/05 |
|---|---|---|

| 7. Chambers or Office Address<br><br>P.O. Box 53<br>Rome, GA 30162 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Co-executor & Trustee of Estate Number 1. | |
| 2 Executor of Estate Number 2. | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

A. Filer's Non-Investment Income

| | | |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| X 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| X 1 | NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- | --- |
| X 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
| --- | --- | --- | --- | --- |
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=$25,000,001-50,000,000 | | P4=$50,000,001 or more |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Harold L. Murphy | 4-20-06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 First Haralson Corporation | E | Div. | P 1 | T | | | | | |
| 2 Tract 1 Unimproved land in Haralson Co., Ga. | A | Rent | M | W | | | | | |
| 3 Tract 2 Unimproved land in Haralson County, Ga. | C | Rent | None | | Sale | 12/30 05 | M | G | John W. Norton Julia B. Norton & |
| 4 Tract 3 Unimproved land in Haralson County, Ga. | E | Rent | O | W | | | | | Barth Z. Norton |
| 5 Tract 4 ½ interest in Farm Haralson County, Ga. | D | Rent | O | W | | | | | |
| 6 Life Insurance Metropolitan Life Ins.Co. | A | Int. | L | V | Value method is paid up value of policy | | | | |
| 7 Life Insurance Metropolitan Life Ins. Co. | | None | L | V | Value method is paid up value of policy | | | | |
| 8 National Service Life Insurance | A | Div. | J | V | Value method is paid up value of policy | | | | |
| 9 First National Bank of Georgia | B | Int. | M | T | | | | | |
| 10 Tract 5 - Tract of Land in Tallapoosa, Ga. | | None | L | W | | | | | |
| 11 First National Bank of Georgia | A | Int. | J | T | | | | | |
| 12 First National Bank of Georgia | A | Int. | M | K | | | | | |
| 13 Coca Cola | A | Div. | J | T | | | | | |
| 14 First Haralson Corporation | B | Div. | J | T | | | | | |
| 15 | | | | | | | | | |
| 16 | | (Continued on next Page) | | | | | | | |
| 17 | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Harold L. Murphy | 4-20-06 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 18 Metlife Policy Holders Trust | A | Div. | J | T | | | | | | |
| 19 Metlife Policy Holders Trust | A | Div. | J | T | | | | | | |
| 20 Chevron Corp. | B | Div. | L | T | Name change from Chevron Texaco to Chevron Corporation | | | | | |
| 21 Southcrest Financial Group, Inc. | E | Div. | P 1 | T | | | | | | |
| 22 Southcrest Financial Group, Inc. | B | Div. | K | T | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 31 | | | (Continued on Next Page) | | | | | | | |
| 32 | | | | | | | | | | |
| 33 | | | | | | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000<br>P4=More than $50,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Harold L. Murphy | 4-20-06 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | Page 3 of Part VII TRUST I | | | | | | |
| Tract # 1 - Land Lots in Haralson County, Ga. with old residence, barn & cabin (land is in timber & pasture) | | None | | | deed | 7/28/ 05 | N | None | |
| Tract # 2 - Land Lot in Haralson County, Ga. (Woodlands) | | None | | | deed | 7/28 05 | K | None | " " " |
| Tract # 3 - Land Lots in Haralson County, Ga. (Woodlands) | | None | | | deed | 7/28 05 | K | None | " " " |
| Savings Account Regions Bank | A | Int. | | | closed | 5/12 05 | J | None | See Part VIII |
| Certificate of Deposit First National Bank of Polk County, Georgia | B | Int. | | | redeemed | 3/16 05 | M | None | " " " |
| Checking Account, First National Bank of Polk County | A | Int. | | | closed | 7/12 05 | N | None | " " " |
| Morgan Stanley Dean Witter Active Assets Money Trust | A | Int. | | | closed | 5/19 05 | L | None | " " " |
| Bank of Upson, Certificate of Deposit | B | Int. | | | redeemed | 6/3 05 | M | None | " " " |
| | | (Continued on Next Page) | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | L=$50,001-$100,000 M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Harold L. Murphy | 4-20-06 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | Page 4 of Part VII | | | | | | | |
| 18 Merrill Lynch Account, Federal Home Loan | A | Prin. & Int. | | | redeemed | 5/27/05 | J | None | " " " |
| 19 Mortgage Certificates | | | | | | 05 | | | |
| 20 Merrill Lynch Corporate Income Fund | A | Princ. | | | closed | 5/27/05 | J | None | " " " |
| 21 Merrill Lynch Cash Management Account | A | Int. | | | closed | 5/27/05 | J | None | " " " |
| 22 First National Bank of Georgia | A | Int. | | | redeemed | 3/15/05 | M | None | " " " |
| 23 | | | | | | | | | |
| 24 House & lot, Cedartown Ga. | None | | | | deed of assent | 7/28/05 | M | None | See Part VIII |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | I had no beneficial interest in assets of Trust I | | | | | | | |
| 29 | | and received no fees for administering this Trust. | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

While I remain executor of Estate Number 2, all assets were distributed to the heirs in 1998.


SEE ADDENDUM


## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.


Signature _____  Date _____ April 20, 2006 _____

NOTE: ANY I███████████████████ALSIFIES OR FAILS TO FILE THIS REPORT MAY BE
SUBJECT TO ███████████████████ 104.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

ADDENDUM


VIII


In December 2004 a contingent beneficiary of Trust # 1 as shown on my Financial Disclosure Report died. This event allowed the distribution of the assets to the remaining beneficiaries of the Trust. I marshalled all the assets by closing accounts and redeemed assets on the dates shown on my report. All liquid assets were deposited, when redeemed, in the Trust checking account at First National Bank of Polk County. These funds were then paid to attorneys Smith, Shaw & Maddox, LLP on July 12, 2005 for deposit to that firm's escrow account and then distributed to the beneficiaries of the Trust who are ██████████ ██████████████████████ Page 3 of Part VII shown as Trust # 1 at lines 28 and 29 shows a termination date of July 12, 2005. This is the date of the transaction transferring all the accumulated liquid assets in Trust # 1 to attorneys Smith, Shaw & Maddox, LLP for payment to the beneficiaries of the Trust.

On July 28, 2005 I executed a deed to ██████████████ ████████████████ conveying to them all real property in the Trust.

With the actions described above all assets of Trust # 1 were distributed to the beneficiaries named.

At the end of the section of my Financial Disclosure Report in the section of Trust # 1 you will see a report on the execution of a deed to a house and lot in Cedartown, Georgia on July 28, 2005. This deed was executed by me as Co-Executor with ████████████ in his capacity as Co-Executor of the Estate of ████████████ deceased and as Successor Trustee of another trust created pursuant to the will of ████████████ deceased. Until this event occurred I thought this particular property was in the Marital Trust and out of the estate. This deed conveyed the property to ████████████ My relationship to this transaction was only as Co-Executor in executing this deed of assent.

In 2005 I was discharged as Co-Executor and Trustee of Estate # 1.